Julius Gumpel and Another, Appellants, v. Francis Bossong, Jr., and Others, Respondents.—Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jacob Wechsler, Appellant, v. George Rawak, Respondent.— Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jean B. Colombet, Appellant, v. The Touraine Company, Respondent. —Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling JJ.

The People of the State of New York, Respondent, v. Eric E. Cornell, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Margaret Schultz, as Administratrix, etc., Respondent, v. Thomas Corkery, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Katherine V. Hallahan, Respondent, v. Edward F. Hallahan, Appellant. — Order modified by reducing counsel fee to fifty dollars and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Samuel Posner and Others, Copartners, etc., Respondents, v. Rudolph Lederer and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hermann Bruns, Respondent, v. David Wasser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of The Washington Savings Bank, in Liquidation. In the Matter of the Application of the Superintendent of Banks of the State of New York to Dispose of Four Mortgages Held by the Washington Savings Bank Covering Certain Lots Designated on Map Entitled Tremont Terrace, in the Borough of Bronx, City of New York. Joseph G. Robin, as President of the Washington Savings Bank, Appellant; Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mortimer Bartlett v. John E. Harris and Another, as Executors, etc. Mortimer Bartlett and Another, Appellants; Sheriff of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.